IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ALTON BASS | § |
| | § |
| v. | § CIVIL ACTION NO. 4:09-CV-632-Y |
| | § |
| STRYKER CORPORATION, ET AL. | § |

## FINAL JUDGMENT

On this same day the Court entered an order granting the motion to dismiss filed by Defendants.

Pursuant to that order and Federal Rule of Civil Procedure 58, the Court ORDERS that judgment be entered in favor of Defendants as to all of Plaintiff's claims. All costs under Federal Rule of Civil Procedure 54(d) and 28 U.S.C. § 1920 shall be taxed against Plaintiff.

SIGNED August 31, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE